In the Matter of the Appraisal, under the Transfer Tax Acts, of the Estate of GEORGE BACKHOUSE, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; THE NASSAU TRUST COMPANY et al., Respondents.

*Matter of Backhouse*, 110 App. Div. 737, affirmed. (Argued April 18, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1906, which reversed an order of the Kings County Surrogate's Court denying a motion for a modification of a decree assessing a transfer tax upon the estate of George Backhouse, deceased, and granted said motion.

*Jabish Holmes, Jr., Leonard B. Smith* and *Frank Julian Price* for appellant.

*Edward T. Horwill* for respondents.

Order affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Vann, Willard Bartlett and Chase, JJ. Not voting: Haight, J.